UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LIBERIO SANTIAGO-MARTINEZ,

Defendant.

**DECISION AND ORDER
13-CR-195S**

1. On September 19, 2013, the Defendant entered into a written plea agreement (Docket No. 10) and pled guilty to a one-count Information (Docket No. 9) charging a violation in Title 8 U.S.C. § 1326(a) and 1326(b)(1) (alien found in the United States after deportation/removal subsequent to a conviction for a felony).

2. On September 19, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 12) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's September 19, 2013, Report and Recommendation, the plea agreement, the Information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's September 19, 2013, Report and Recommendation (Docket No. 12) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Liberio Santiago-Martinez is accepted, and he is now adjudged guilty of Title 8 U.S.C. § 1326(a) and 1326(b)(1).

SO ORDERED.

Dated: October 16, 2013
       Buffalo, New York

                                                  s/William M. Skretny
                                                  WILLIAM M. SKRETNY
                                                        Chief Judge
                                          United States District Court